TENDERED FOR FILING

DEC 11 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| J. D. THOMPSON III | CIVIL ACTION |
| VERSUS | 2:17-CV-11674-NJB-DEK |
| TIM HOOPER, WARDEN | SECTION: "G"(3) |

MOTION TO STAY 28 U.S.C. § 2254 HABEAS PROCEEDING

MAY IT PLEASE THE COURT:

I.

On the second day of November, 2017, this Honorable Court notified movant that it had received his federal application for habeas corpus relief.[1]

II.

Movant filed the above encaptioned application for federal habeas corpus relief immediately after coming off direct appeal.

III.

An application for post-conviction relief filed in state court is the procedure ordinarily followed by the majority of state prisoners coming off direct appeal.

IV.

Movant's inexperience with the judicial process caused him to prematurely file his application for habeas relief into this Court instead of first filing collaterally with the state.

---

1  See attached Order from Magistrate Daniel E. Knowles, III, Section G.

1

For Richard - File a. - Marinus D. Flang

V.

Movant prays that the Court will view his premature application in light of *Haines v. Kerner*,[2] as he is acting without the assistance of counsel.

VI.

Movant intends to file a collateral attack against his trial attorney for failing to introduce evidence to the jury that would prove him to be incarcerated at the time of the alleged incident.

VII.

Movant will suffer irreparable harm, if, he is not allowed to stay this proceeding for the purpose of exhaustion in the state court. Particularly, if, a final judgment were rendered in this proceeding, while movant's application for post-conviction relief is pending, he would be precluded from ever having an opportunity to be heard due to stringent AEDPA rules and standards.

VIII.

Therefore, Movant requests to stay the application for habeas corpus relief in the above encaptioned action for the reason(s) stated.

Respectfully submitted,

J.W. Thompson

J.D. Thompson III #106841
Elayn Hunt Correctional Center
P.O. Box 174
St. Gabriel LA. 70776

---

2 404 U.S. 519, 520 92 S. Ct. 594, 30 L. Ed. 2D 652 (1972)(court's must construe pro se litigation as liberally as possible).

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion to stay has been handed to prison officials for the purpose of forwarding to the Clerk for the United States District Court for the Eastern District, 500 Poydras St., New Orleans, Louisiana 70119, via the U.S. Postal Service. On this 6 day of December 2017.

J.D. Thompson III #106841