UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J. D. THOMPSON III | CIVIL ACTION |
| VERSUS | 2:17-CV-11674-NJB-DEK |
| TIM HOOPER, WARDEN | SECTION: "G"(3) |

ORDER

IT IS ORDERED that the above encaptioned action be held in stay and abeyance until such time he exhausts claims in which he seeks relief on the State level.

New Orleans, Louisiana, on this ___ day of _____, 2017.

_____
United States Magistrate Judge

4