UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J.D. THOMPSON, III | CIVIL ACTION |
| VERSUS | NO. 17-11674 |
| WARDEN TIM HOOPER | SECTION: "G"(3) |

O R D E R

The Court has received petitioner's federal application seeking habeas corpus relief. In that application, petitioner references a "Memorandum in Support"; however, no such memorandum was attached to the application.

Accordingly,

**IT IS ORDERED** that petitioner file his "Memorandum in Support" with the Court **on or before December 4, 2017**. If no such memorandum is received by the Court by that deadline, the Court will consider the application complete and will require the state to file a response to the application as is.

New Orleans, Louisiana, this second day of November, 2017.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE



# LOUISIANA APPELLATE PROJECT
Providing appellate defense in non-capital, felony cases

December 7, 2015

Exhibit

James H. Looney
Executive Director
P. O. Box 3340
Covington, LA 70434-3340
Voice: (985) 892-1707
Fax: (985) 892-9377

Gwendolyn K. Brown
Regions 1 & 5 Supervisor
Post Office Box 64962
Baton Rouge, LA 70896-4962
Voice & Fax (225) 922-9570

Cynthia K. Meyer
Appellate Counsel
P. O. Box 23121
New Orleans, LA 70183-0121
Voice (504) 275-4475

Mr. J.D. Thompson DOC # 106841
Elayn Hunt Correctional Center
P. O. Box 174
St. Gabriel, LA 70776-0174

RE: Appeal of State vs. J. D. Thompson
   22nd JDC No. 14-CR8-124255
   First Circuit Court of Appeal No. 2015-KA-1518

Dear Mr. Thompson,

Enclosed is a copy of the brief filed by the State in your case. I will let you know when your case is set to the docket for the court to consider.

Sincerely,

Cynthia Meyer

Encl

(10)

## SUMMARY OF THE ARGUMENT

1.  The evidence presented at trial reflects establishes that J.D Thompson committed two distinct acts of child sexual abuse against his wife's granddaughter on the same date in 2011. First, the defendant got into bed with her, kissed her, and groped her breasts. From this, a rational jury could convict the defendant of aggravated incest. Then, after the victim got out of the bed, the defendant followed her, with an erection, asked her to "bend over," and told her "it won't hurt." From this, a rational jury could find both that the defendant specifically intended to touch the victim's genitals or anus with his genitals, and that his statements constituted an act tending toward the accomplishment of his object. Therefore, a rational jury could convict of attempted sexual battery.

2.  The crimes of aggravated incest (R.S. 14:78.1) and sexual battery (R.S. 14:43.1) have different elements and, in this case, did not require the same evidence for conviction. There is therefore no double jeopardy bar to punishing the defendant separately for these separate offenses.

3.  The defendant did not seek to admit the excluded evidence as a matter of his constitutional right to present a defense. This error is not preserved for review. In any event, trial court correctly ruled that the defendant could not use extrinsic evidence of a particular act to attack the credibility of the victim.

December 7, 2010

THE TWENY-SECOND JUDICIAL DISTRICT COURT CONVENED ON THE ABOVE DATE PURSUANT TO PREVIOUS ASSIGNMENT. PRESENT HONORABLE, RAYMOND CHILDRESS, DISTRICT JUDGE PRESIDING, LEWIS MURRAY, DISTRICT ATTORNEY, TAMMY SPEARS, DEPUTY CLERK OF COURT, LAURA CHABRECK, OFFICIAL COURT REPORTER AND SANDRA CONERLY, DEPUTY SHERIFF. WHEREUPON, THE FOLLOWING MATTERS WERE TAKEN UP AND DISPOSED OF AS FOLLOWS, TO-WIT:

STATE OF LOUISIANA　　　　　　　　　　　　　　　　　CASE #: 06-CR8-094725
VS　　　　　　　　　　　　　　　CHARGE:
J.D. THOMPSON III III　　　　　　THEFT OVER $500
　　　　　　　　　　　　　　　　SIMPLE BURGLARY

December 7, 2010　　　　　　　　　　　　　　　　　　　Childress

Present, Lewis Murray, Assistant District Attorney, Clarence Guillory, Attorney for the defendant and the defendant, J.D. Thompson

The State Amended Counts 1, 2, 4 to read "Battery On A Police Officer" and Nolle Prossed Count 3 in docket 07-CR3-96238

At this time, the defendant withdrew his plea of not guilty heretofore entered and entered a plea of guilty to:

06-CR8-94725

LSA R.S. 14:67- Theft
LSA R.S. 14:62- Simple Burglary

06-CR8-95500

LSA R.S. 14:130.1- Obstruction Of Justice

07-CR8-96238

LSA R.S. 14:34.2- Battery On A Police Officer
LSA R.S. 14:34.2- Battery On A Police Officer
LSA R.S. 14:34.2- Battery On A Police Officer



10-CR-109982

LSA R.S. 14:35- Simple Battery

Whereupon, the defendant was sworn and advised by the court that this guilty plea may le to the enhancement of a future charge to a more serious charge and of his rights, including but not limited to his right to hire a lawyer of his choice and if he cannot afford one, one w be appointed to represent him free of charge, right to trial in open court with or without a jury, right to confront his accusers, right to subpoena witnesses on the defendant's behalf, right to invoke the privileges against self incrimination and right to remain silent. If convicted the defendant has the right to appeal the conviction to the First Circuit Court Of Appeal and the Louisiana Supreme Court. The defendant having waived these and other rights and the court finding that there is a factual basis to support the charges lodged against the defendant and further finding that the defendant's guilty plea is freely and voluntarily given, the court hereby accepted the defendant's guilty plea

The defendant, J.D.Thompson, being present in open court with counsel, Clarence Guillory having entered a plea of guilty to the above charges, having stated to the court that he is years of age and having waived all delays for sentencing, the court hereby sentences the defendant as follows:
06-CR8-94725- to serve a period of Three (3) years at Hard Labor in the custody of the Louisiana Department Of Public Safety and Corrections (On Each Count)

06-CR8-95500- to serve a period of Three (3) years at Hard Labor in the custody of the Louisiana Department Of Public Safety and Corrections

07-CR8-96238- to serve a period of Six (6) Months in the Parish Jail (On Each Count)

10-CR-109982- to serve a period of Six (6) Months in the Parish Jail

The State agreed not to file a Multiple Bill. The sentences are to run Concurrent with each other. The court deferred execution of sentence until December 21, 2010 at 8:00 a.m.

```
10016D

  DATE: 01/07/16              DPS&C CORRECTIONS SERVICES            TIME: 08:32
  AMENDED: 09/08/15                 MASTER RECORD                    PAGE 1

----------------------------- D E S C R I P T I O N ----------------------------

  DOC #..: 00106841      CURRENT LOC: ELAYN HUNT CORR CTR
  NAME: THOMPSON, J D                      B/M       DOB.......: 01/06/1966

   SID NUMBER: 001211779    FBI NUMBER: 570300DA6    SOC.SEC....: 438213041
   DRIVER LIC:              -                        STRIKE.....: NO
   HGT.......: 6`01         WEIGHT....: 210          HAIR.......: BLACK
   EYES......: BROWN        COMPLEXION: MEDIUM       SHOE SIZE..: 105
  ******************** R E L E A S E    I N F O R M A T I O N *****************
  DN                                                 DNA: Y
  OFFENDER CLASS: 03       GT ACT.: ACT1209          TEST DATE: 08/03/2015
  WRED: 04/26/2063
  PED: NOTELG              DS   ...: NO/T /ELIG            FTD: 10/25/2063
                           ADJUSTED.: NOTELG

  PB ACTION..:                                       TOTAL SENTENCE
                           MS ON TOTAL LOSS OF GT    050YRS/ 00MTH/ 00DAYS
  TYPE ACTION:             TO DATE:
  ACTION DATE:                  RESTORED:      0
                           CTRP Release Factor: 0    DAYS
  COMMENTS: INITIAL TIME COMP


  DETAINER: N     DETAINER INFO:


---------------------- O F F E N S E    I N F O R M A T I O N ------------------
                                                     SEX OFFENDER: Y
                                     SOAP..:


   DOCKET    PAR HW SENTENCE                          TERM    HW REV GT  APP
   NUMBER    CON CR   DATE     MOD1&2    STATUTE     CNT YYMMDD CR FLG ACT JCR
  ========== === == ======== ======= ================ === ======= == === === ====
   124255    WSH NA 06/23/15    /     AGGRAV  INCEST  001 0500000 NA     209 0606
   124255    WSH NA 06/23/15    /     SEXUAL BATTERY  001 0250000 CC     209 0606
   124255    WSH NA 06/23/15    /     SEXUAL BATTERY  001 0100000 CC     209 0606
```

(1)

```
DOC #..: 00106841    NAME..: THOMPSON, J                              PG  3
------------------- T R A N S F E R   I N F O R M A T I O N --------------------
```

| ASSIGNED LOCATION | PHYSICAL LOCATION | FROM DATE | TYPE SUPV | |
|---|---|---|---|---|
| COVINGTON DISTRICT | ORLEANS/BLUE WALTERS | 10/20/03 | G | |
| COVINGTON DISTRICT | RELEASE | 01/09/04 | G | |
| COVINGTON DISTRICT | COVINGTON DISTRICT | 09/23/10 | I | |
| COVINGTON DISTRICT | COVINGTON DISTRICT | 10/12/10 | B | |
| OAS/SOUTH JAILS | WASHINGTON PP | 12/07/10 | A | 3 YEAR SENTENCE PLEA |
| OAS/NORTH JAILS | UNION PP | 01/07/11 | A | |
| OAS/SOUTH JAILS | RIVERBEND DETENTION C | 03/24/11 | A | |
| OAS/NORTH JAILS | RIVERBEND DETENTION C | 01/22/12 | A | |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 04/09/12 | A | |
| ALLEN CORR CTR | ALLEN CORR CTR | 06/11/12 | A | |
| COVINGTON DISTRICT | COVINGTON DISTRICT | 08/07/12 | G | Released |
| COVINGTON DISTRICT | ST. TAMMANY PP | 10/30/12 | G | |
| OAS/SOUTH JAILS | ST. TAMMANY PP | 11/07/12 | A | |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 06/03/13 | A | |
| COVINGTON DISTRICT | COVINGTON DISTRICT | 07/25/13 | G | RELEASED |
| COVINGTON DISTRICT | RELEASE | 09/03/13 | G | |
| OAS/SOUTH JAILS | WASHINGTON PP | 06/23/15 | A | |
| OAS/NORTH JAILS | UNION PP | 06/25/15 | A | |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 08/03/15 | A | |
| ELAYN HUNT CORR CTR | ELAYN HUNT CORR CTR | 09/08/15 | A | |

```
HCC2N
--------------------------
 PRINTED BY                                               01/07/16
```

(3)

MR. J.D. Thompson III #106841
Elayn Hunt Correctional Center
P.O. Box 174
St. Gabriel, LA 70776

"LEGAL MAIL"

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street / Rm. C151
New Orleans, Louisiana
70130

US POSTAGE >> PITNEY BOWES
ZIP 70776 $ 001.19⁰
02 4W
0000361506 DEC 07 2017