IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Sep 5 2024
CAROL L. MICHEL
CLERK
BWN                                Mail

J.D. THOMPSON III # 10684

VERSUS

STATE OF LOUISIANA

Civil Action:
2:17-CV-11674-NJB-DEK
No: 17-CV-11674-NJB-DEK
Section "G" (3)

Re: Motion of Notice of Appeal from THE United
States Eastern District of Louisiana, IN And
for THE parish of Washington, State of Louisiana
THE Honorable Richard Swartz Judge, Presiding,
Docket No. 14-CR-124255

MAY IT PLEASE THE COURT

INto Court comes pro se Defendant J.D. Thompson III, who humbly move THIS Honorable Court To grant THIS Motion of Notice of Appeal of THE final Judgement IN his case under THE proceeding by said cout IN connection with THE Above entitle matter, AS Directed by THE United States Court of Appeals Fifth Circuit Court.

Please find enclosed with THIS Attached Motion Exhibit(1), Document, As Directing defendant to file said Document IN THE Court of origin.

TENDERED FOR FILING

SEP 0 5 2024

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Respectfully Submitted
Mr. J.D. Thompson 3rd
MR. J.D. THOMPSON III 10684
Elayn Hunt Correctional Center
P.O. Box 174
St. Gabriel, LA
70776

THIS 31st Day of August 2024

W.C.

Mr. J.D. Thompson III # 706841
Elain Hunt Correctional Center
P.O. Box 174
St. Gabriel, LA
70776

8-31-2024

LEGAL MAIL

BATON ROUGE LA 707
3 SEP 2024 PM 2 L

70130-337354

Clerk of Court
United States District Court
Eastern District of Louisiana
New Orleans
500 Poydras Street
New Orleans, LA
70119



PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER