U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED          Sep 27 2024

CAROL L. MICHEL
CLERK
SP                                    Mail

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ORLEANS

STATE OF LOUISIANA

J.D. Thompson III 106841                    CASE No. 2:17-cv-11674

  VERSUS                                    Section: "G"(3)

STATE OF LOUISIANA

RE. WRIT, MOTION FOR DEFENDANT'S NOTICE OF APPEAL

AS REQUEST FOR (COA)

INTO THE COURT COMES PETITIONER AS PRO SE J.D. THOMPSON III, WHO HUMBLY MOVE THIS HONORABLE COURT TO GRANT THIS WRIT, MOTION FOR NOTICE OF APPEAL IN. CONNECTION WITH THE ABOVE CAPTION MATTER AS WAS DIRECTED BY THE UNITED STATE APPEAL COURT, ENCLOSED COPY PROVIDED. FOR THE FOLLOWING REASON(S):

IN ACCORDING WITH THE FEDERAL RULE OF APPELLATE PROCEDURE, AS AMENDED BY AEDPA, PROVIDE FOR FILING A NOTICE OF APPEAL OF A DISTRICT COURT ORDER GRANTING OR DENYING HABEAS RELIEF,

A PETITIONER WISHING TO APPEAL FROM AN ORDER DENYING HABEAS RELIEF MUST APPLY FOR A CERTIFICATE OF APPEALABILITY (COA) FROM THE DISTRICT COURT JUDGE.

TENDERED FOR FILING

SEP 2 7 2024

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

RESPECTFULLY SUBMITTED

Mr. J.D. Thompson 3rd

MR. J.D. THOMPSON III 106841

ELAYN HUNT CORRECTIONAL CENTER

P.O. BOX 174

St. GABRIEL, LA

70776

THIS 24th DAY OF SEPT 2024

WC.

MR. J. D. Thompson III   106841
Elayn Hunt Correctional Center
P.O. Box 174
St. Gabriel, LA   70776

US POSTAGE PITNEY BOWES

ZIP 70776 $ 000.69⁰
02 4W
0000387932 SEP 25 2024

Clerk of Court
United States District Court
Eastern District of Orleans
500 Poydras Street
New Orleans, LA
70119

— LEGAL MAIL —

9-24-2024



PRISON MAIL. NOT RESPONSIBLE
NOT CENSORED.
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER