IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ORLEANS
STATE OF LOUISIANA

J.D. THOMPSON III 106841

VERSUS                                   CASE NO: 2:17-CV-11674

STATE OF LOUISIANA                       SECTION: "G(3)"

RE.   -ORDER-

Considering the foregoing writ/motion of Notice of Appeal as Request for a (COA) IT BE ORDERED by the United States District Court, Eastern District of New Orleans that Defendant's/petitioner writ/motion is Granted

NEW ORLEANS, LOUISIANA THIS _____ DAY OF _____ 2024

_____
MAGISTRATE JUDGE