# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2024

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 24-30587    Thompson v. Hooper
                          USDC No. 2:17-CV-11674

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Shea E. Pertuit, Deputy Clerk
                      504-310-7666

cc:
    Mr. Matthew B. Caplan
    Mr. J. D. Thompson III